ACCEPTED
01-14-00257-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 3:46:40 PM
CHRISTOPHER PRINE
CLERK

# PATRICK M.  DOOLEY

ATTORNEY-AT-LAW
516 W. MAIN STREET
FREDERICKSBURG, TEXAS 78624
TELEPHONE (830) 997-4304
FAX (830) 997-8283

January 30, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/30/2015 3:46:40 PM

CHRISTOPHER A. PRINE
Clerk

Court of Appeals
First District
Attention: Christopher A. Prine
Clerk of the Court
301 Fannin Street
Houston, Texas 77002-2006

Re:     Court of Appeals No. :      01-14-00257-CV

Trial Court Case No.:        12-473CCL

Style:      James T. Dreiling vs. Security State Bank & Trust

Dear Clerk of the Court:

Pursuant to your letter of January 15, 2015, please be advised that Patrick M. Dooley will presenting argument to the court on behalf of Appellee, Security State Bank & Trust.

Sincerely,

/s/ Patrick M. Dooley

Patrick M. Dooley

PMD/cw

cc:     Stephen Polozla (via email)
David Pratt (via email)